United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CASTLE ENERGY GROUP, LLC, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:23-CV-04314 |
| UNIVERSAL ENSCO, INC., | § |
| Defendant. | § |

## **ORDER**

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed June 5, 2024. Doc. #29. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, given that Plaintiff Castle Energy Group, LLC has filed an Amended Complaint (Doc. #32), Defendant Universal Ensco Inc.'s Motion to Dismiss Plaintiff's Original Complaint (Doc. #9) is DENIED as MOOT.

It is so ORDERED.

JUN 2 6 2024

Date

The Honorable Alfred H. Bennett
United States District Judge